**Opinion issued August 22, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-23-00425-CV**

———————————

**ABAYOMI AINA, Appellant**

**V.**

**RAMON GALLART AND LORENA BETANCOURT, Appellees**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1201762**

---

**MEMORANDUM OPINION**

Appellant's brief was due on July 26, 2023. On August 4, 2023, the Court issued a notice that the appeal was subject to dismissal if appellant did not file a brief or motion for extension on or before August 14, 2023. Appellant did not file a timely brief or request an extension.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) (authorizing dismissal for failure to file brief), 42.3(b) (allowing involuntary dismissal of case). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.